**Order filed September 18, 2013**



In The

# Fourteenth Court of Appeals

NO. 14-11-00661-CV
14-11-00662-CV

_____

**ASHISH AND APARNA KAMAT, Appellant**
**V.**
**ASMITA UNNI PRAKASH, Appellee**

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-28312**

## O R D E R

The clerk's record was filed February 14, 2012. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Parties designation of Court's Reporter Record.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before September 30, 2013, containing Parties designation of Court's Reporter Record.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM